# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT MCLEOD,<br><br>                Plaintiff,<br><br>    v.<br><br>ZERO GRAVITY MANAGEMENT, an unknown business entity; MARK WILLIAMS, an individual; ERIC WILLIAMS, an individual; AND DOES 1-50, inclusive,<br><br>                Defendants. | Case No. 2:22-cv-01547-FWS-AGR<br><br>**JUDGMENT RE ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [62]** |

///

///

///

After full consideration of the papers, evidence, and authorities submitted by the parties, as well as the briefs and any other relevant information in the court's files and/or filed with the court in connection with the Motion for Summary Judgment (Dkt. 39), the court issued an order **GRANTING** summary judgment for Defendants Zero Gravity Management, Mark Williams, and Eric Williams (collectively, "Defendants") on Plaintiff Kurt McLeod's ("Plaintiff") Complaint. (Dkt. 62.) Accordingly, the court found that Defendants are entitled to judgment as a matter of law on Plaintiff's causes of action asserted against Defendants the above-captioned case. (*Id.*) The court has considered Defendants' Proposed Judgment (Dkt. 63) and notes Plaintiff did not file objections to the form of the Proposed Judgment within the timeframe set by the court (*See generally* Dkt.; Dkt. 62). In accordance with the court's Memorandum of Decision dated January 8, 2024 (Dkt. 62):

1. Final Judgment is entered in favor of Defendants and against Plaintiff on the five claims asserted by Plaintiff against Defendants in the Complaint.

2. Any motion or application for costs made by Defendants must be filed in compliance with L. R. 54-2, *et seq.*

**IT IS SO ORDERED**.

Dated: February 22, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE