Robert M. Barta (SBN: 108205)
Gregory T. Goldberg (SBN: 349139)
rbarta@bartagoldberg.com
ggoldberg@bartagoldberg.com
**BARTA | GOLDBERG**
1801 Century Park East, Suite 1200
Los Angeles, California 90067
Telephone: (310) 479-1454
Facsimile: (310) 478-1439

Attorneys for Defendants
ZERO GRAVITY MANAGEMENT,
MARK WILLIAMS and ERIC WILLIAMS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KURT MCLEOD, an individual,<br><br>Plaintiff,<br>v.<br><br>ZERO GRAVITY MANAGEMENT, an unknown business entity; MARK WILLIAMS, an individual; ERIC WILLIAMS, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:22−cv−01547 FWS-AGR<br><br>**REBUTALL REPORT OF JOHN D. MAATTA, ESQ. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)(B)**<br><br>Hon. Fred W. Slaughter |

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendants, Zero Gravity Management, Mark Williams, and Eric Williams, disclose the following rebuttal expert witnesses they may use at trial to present evidence under Federal Rule 702, 703, and/or 705:

1. Alan Gasmer

Reports previously filed.

2. John D. Maatta, Esq.

Attached as Exhibit 1 is a copy of Mr. Maatta's bio and CV.

Attached as Exhibit 2 is Mr. Maatta's report.

Dated: November 3, 2025

                                      Respectfully submitted,

                                      BARTA | GOLDBERG

                                      By:  */s/ Gregory T. Goldberg*
Robert M. Barta
Gregory T. Goldberg
Attorneys for Defendants,
MARK WILLIAMS FILMS, LLC d/b/a ZERO GRAVITY MANAGEMENT, MARK WILLIAMS and ERIC WILLIAMS

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28