Devin A. McRae, State Bar Number 223239
  dmcrae@earlysullivan.com
Jeremy Gray, State Bar Number 150075
  jgray@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Plaintiff
KURT MCLEOD

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| KURT MCLEOD, an individual, | Case No. 2:22-cv-01547 FWS (AGRx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| ZERO GRAVITY MANAGEMENT, an unknown business entity; MARK WILLIAMS, an individual; ERIC WILLIAMS, an individual; and DOES 1-50, inclusive, | |
| Defendants. | |

5836015.1

**NOTICE OF SETTLEMENT**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Kurt McLeod ("Plaintiff") submits this Notice of Settlement to notify the Court that the parties have reached a settlement in principal of the above-entitled matter. The parties request 45 days to confirm the settlement in writing and to file a dismissal of the action.

Dated: January 28, 2026

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By: ____*/s/ Devin A. McRae*____
Devin A. McRae
Jeremy Gray
Attorneys for Plaintiff
KURT MCLEOD

BARTA | GOLDBERG

Dated: January 28, 2026

By: ____*/s/ Robert M. Barta*____
Robert M. Barta
Gregory T. Goldberg
Attorneys for Defendants
Zero Gravity Management, Mark Williams
and Eric Williams



5836015.1

1

**NOTICE OF SETTLEMENT**